IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00457-D-1
NO. 5:18-CR-00457-D-2
NO. 5:18-CR-00457-D-3

| UNITED STATES OF AMERICA | : |
| --- | --- |
| | : |
| v. | : |
| | : |
| CORNELIUS THOMAS | : |
| TYRONE THOMAS | : |
| JOSHUA AARON DAVIS | : |

### FINAL ORDER OF FORFEITURE

WHEREAS, on October 9, 2019, November 26, 2019, and December 2, 2019, this Court entered Preliminary Orders of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendants' plea of guilty to offenses in violation of 21 U.S.C. §§ 841(a)(1) and 846, and further evidence of record and as presented by the Government, the following property was forfeited to the United States, to wit:

a) $97,187.00 in U.S. Currency;

b) $7,655.62 in U.S. Currency;

c) $31,347.00 in U.S. Currency;

d) One Glock handgun bearing s/n VGN787;

e) One Springfield handgun bearing s/n XD94-0052409; and

f) Any and all related ammunition;

1

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between February 13, 2020 and March 13, 2020, and between April 4, 2020 and May 3, 2020, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's October 9, 2019, November 26, 2019, and December 2, 2019 Preliminary Orders of Forfeiture, other than those specifically mentioned herein.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject property listed in the October 9, 2019, November 26, 2019, and December 2, 2019 Preliminary Orders of Forfeiture, as corrected herein, is hereby forfeited to the United States. The United States Marshals Service and/or the Federal Bureau of Investigation is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice or the United States Department of Treasury as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund or the

Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

SO ORDERED this **22** day of **October**, 2020.

*/s/ J. Dever*
JAMES C. DEVER III
United States District Judge

3