UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-cr-00457-D-3
No. 5:20-cv-00695-D

| | | |
|---|---|---|
| JOSHUA DAVIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

THIS MATTER IS BEFORE THE COURT on the United States' Motion to Reinstate Petitioner's Judgment of Conviction. For the reasons set forth in the United States' Motion, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the criminal judgment is hereby reinstated as of the day of entry of this Order.

IT IS FURTHER ORDERED that Petitioner's motion pursuant to 28 U.S.C. § 2255 is hereby DISMISSED WITHOUT PREJUDICE.

This the 9 day of November 2021.

JAMES C. DEVER III
United States District Judge